UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN MCCRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>E. WEAVER, et al.,<br><br>    Defendants. | Case No. 24-cv-08695-RFL<br><br>**ORDER EXTENDING TIME**<br>Re: Dkt. No. 30 |

    Colvin McCright, a state prisoner, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The Court ordered electronic service for three Defendants. Service was completed for Defendants L. Peters and E. Weaver, but prison officials were unable to identify C. Roberts. (Dkt. No. 22.) The Court later ordered Plaintiff to provide more information to effectuate service on C. Roberts by December 5, 2025, and the Court ordered service on a new fourth Defendant, F. Hendon. (Dkt. No. 26.) Hendon has been served. (Dkt. No. 33.) Defendants Peters and Weaver have now filed a motion to extend the dispositive motion filing deadline for all defendants until 90 days after C. Robers is served. (Dkt. No. 30.) Plaintiff has not submitted any filings providing additional information to serve C. Roberts.

    Defendants Peters and Weaver's motion to extend the dispositive motion filing deadline is GRANTED in part. (Dkt. No. 30.) There is good cause to extend the deadline to allow all defendants to file a single dispositive motion. Defendants shall file their dispositive motion on or before **March 16, 2026**. Plaintiff's opposition shall be filed within 45 days after Defendants' motion is filed. Defendants' reply shall be filed within 15 days after the opposition is filed. The motion will be deemed submitted on the day the reply brief is due.

1

      Plaintiff must provide additional information to effectuate service on C. Roberts by **January 7, 2026**.  He should provide a first name or badge number or any prison paperwork that identifies this individual.  No further extensions will be provided.  Failure to provide information necessary to serve this Defendant by the deadline will result in his dismissal pursuant to Federal Rule of Civil Procedure 4(m).  If C. Roberts is served, Defendants may request an additional extension.

      The Clerk shall terminate Dkt. No. 30.

      **IT IS SO ORDERED.**

Dated: December 16, 2025

                                                             RITA F. LIN
                                                             United States District Judge